**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **New Jersey**
                         (State)

Case number (*If known*): _____ Chapter **11**

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | AlliantWare, L.L.C. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** | |
| | Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 22-3697589 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **360**  Mt. Kemble Avenue | |
| Number  Street | Number  Street |
| | P.O. Box |
| Morristown  NJ  07960 | |
| City  State  ZIP Code | City  State  ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Morris | |
| County | Number  Street |
| | |
| | City  State  ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | tenfour.com; redforgeco.com; allianttech.com; amsdesk.com; icscabling.com |

| Debtor | AlliantWare, L.L.C. | Case number (if known) |
|---|---|---|
| | Name | |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

4543

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    AlliantWare, L.L.C.
_____    Case number (if known) _____
Name

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

   If more than 2 cases, attach a separate list.

   ☒ No

   ☐ Yes.  District _____    When _____    Case number _____
                                    MM / DD / YYYY

           District _____    When _____    Case number _____
                                    MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

    List all cases. If more than 1, attach a separate list.

    ☐ No

    ☒ Yes.  Debtor   See "Rider 1"
    _____    Relationship   Affiliates
    _____

            District   New Jersey
    _____    When   See "Rider 1"
    _____
                                    MM  /  DD  / YYYY

            Case number, if known   _____

11. **Why is the case filed in *this district*?**

    *Check all that apply:*

    ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

    ☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

12. **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

    ☒ No

    ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

    **Why does the property need immediate attention?** *(Check all that apply.)*

    ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

       What is the hazard? _____

    ☐ It needs to be physically secured or protected from the weather.

    ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

    ☐ Other _____

    **Where is the property?** _____
                              Number    Street

    _____

    _____
    City                              State ZIP Code

    **Is the property insured?**

    ☐ No

    ☐ Yes. Insurance agency _____

          Contact name _____

          Phone _____

**Statistical and administrative information**

Debtor  **AlliantWare, L.L.C.**
Name

Case number *(if known)*_____

---

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors (consolidated basis)** | ☐ 1-49<br>☐ 50-99<br>☐ 100-199<br>☑ 200-999 | ☐ 1,000-5,000<br>☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| **15. Estimated assets (consolidated basis)** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities (consolidated basis)** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☑ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

---

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | |
|---|---|
| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>I have been authorized to file this petition on behalf of the debtor.<br><br>I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/21/2021
MM / DD / YYYY

✗ _____
Signature of authorized representative of debtor

Title **Chief Executive Officer**

**Mark P. Cantaluppi**
Printed name

---

Debtor     AlliantWare, L.L.C.                                          Case number (if known)_____
           Name

**18. Signature of attorney**     ✗ _[signature]_                        Date    $\frac{12}{MM}$ / $\frac{21}{DD}$ / $\frac{21}{YYYY}$
                                  Signature of attorney for debtor

                                  Marita S. Erbeck
                                  Printed name
                                  Faegre Drinker Biddle & Reath
                                  Firm name
                                  600          Campus Drive
                                  Number       Street
                                  Florham Park                          NJ          07932
                                  City                                  State       ZIP Code

                                  (973) 549-7000                        marita.erbeck@faegredrinker.com
                                  Contact phone                         Email address

                                  034342002                             NJ
                                  Bar number                            State

## **RIDER 1**

On the date hereof, each of the entities listed below (collectively, the "Debtors") filed a

petition in the United States Bankruptcy Court for the District of New Jersey for relief under

chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532.

- Technology Keiretsu, LLC
- Alliant Technologies, L.L.C. (d/b/a TenFour)
- AlliantWare, L.L.C.
- Red Forge LLC

# WRITTEN CONSENT OF THE MEMBERS
## OF
## ALLIANTWARE, L.L.C.

The undersigned, being all of the members of AlliantWare, L.L.C., a New Jersey limited liability company (the "Company"), hereby takes the following actions and adopts the following resolutions by written consent in lieu of a meeting pursuant to Section 42:2C-37(d) of the New Jersey Revised Limited Liability Company Act, such consent to have the same force and effect as a unanimous vote of the members at a special meeting, duly called and held for the purpose of acting upon proposals to adopt such resolutions:

**WHEREAS**, the Company with the assistance of its financial and legal advisors, has been conducting a review to consider and evaluate various strategic and financial alternatives, including but not limited to, the sale or divestiture of all or substantially all of the Company's assets, a filing of petitions by the Company and certain of its affiliates to be effectuated under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), other restructuring transactions or transactions otherwise designed to address the Company's liquidity constraints that may be available to the Company and its affiliates (each such strategic alternative, a "Transaction"); and

**WHEREAS**, the members of the Company have met on numerous occasions to review and has had the opportunity to ask questions and receive answers about and to discuss the materials presented by senior management of the Company and the Company's legal, financial and other advisors regarding the liabilities and liquidity of the Company, the various potential Transactions and the impact of the foregoing on the Company, its creditors, shareholders and other interested parties and its business; and

**WHEREAS**, in the judgment of the members, it is desirable and in the best interests of the Company, its creditors, shareholders and other interested parties, for the Company to file a voluntary petition for relief under chapter 11 of the Bankruptcy Code.

**Bankruptcy Resolutions**

**NOW, THEREFORE, BE IT RESOLVED**, that the Company is hereby authorized to file or cause to be filed the voluntary petition for relief (such voluntary petition, and the voluntary petitions to be filed by the Company's affiliates, collectively, the "Chapter 11 Cases") under the provisions of chapter 11 of the Bankruptcy Code in the Bankruptcy Court for the District of New Jersey (the "Bankruptcy Court"); and it is

**FURTHER RESOLVED**, that the executive officers of the Company (the "Designated Officers") are each hereby severally authorized, directed and empowered, on behalf of and in the name of the Company, to engage and continue to retain the law firm of Faegre Drinker Biddle & Reath LLP as restructuring and general bankruptcy counsel to the Company to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights, including the preparation of pleadings and filings in the Chapter 11 proceeding, and in connection therewith, the Designated Officers are hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and

immediately upon the filing of the Chapter 11 Cases, and to cause to be filed appropriate applications for authority to retain the services of Faegre Drinker Biddle & Reath LLP; and it is

**FURTHER RESOLVED**, that the Designated Officers are each hereby authorized and directed to employ accountants, financial advisors, and any other individual and/or firm as professionals or consultants to the Company as are necessary to represent and assist the Company in carrying out its duties under the Bankruptcy Code, including (a) Stout Risius Ross, LLC, as investment banker to the Company, (b) Eisner Advisory Group LLC, as restructuring and financial advisors to the Company, and (c) Donlin, Recano & Company, Inc., as claims and noticing agent and administrative advisor, and (d) such additional professionals, including attorneys, accountants, financial advisors, consultants, or brokers as may be necessary or desirable in connection with the Chapter 11 Cases and in connection therewith, each Designated Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Cases, and to cause to be filed an appropriate application for authority to retain the services of such individuals and/or firms.

**Asset Purchase Agreement Resolutions**

**FURTHER RESOLVED**, the members of the Company have determined that is advisable and in the best interests of the Company to enter into that certain Asset Purchase Agreement in the form of the draft dated December 17, 2021 (the "Purchase Agreement") by and among (a) Alliant Technologies, L.L.C., a New Jersey limited liability company, AlliantWare, L.L.C., a New Jersey limited liability company, Red Forge LLC, a New Jersey limited liability company (each, a "Seller," and collectively, the "Sellers"), and Acuative Corporation, a New Jersey corporation, or its assignee pursuant to Section 10.4 of the Purchase Agreement (the "Buyer"), whereby Buyer intends to acquire, directly or indirectly (including through one or more affiliates of Buyer), from Sellers, the assets of the Sellers as described more fully in the Purchase Agreement (the "Purchased Assets"), and Sellers desire to sell, assign, transfer and convey and deliver the Purchased Assets to Buyer (the "Sale Transaction") on the terms and subject to the conditions set forth in the Purchase Agreement; and the Purchase Agreement in the form of the draft dated December 17, 2021, including all exhibits and schedules, is hereby adopted and approved, and the transactions contemplated therein are hereby approved, and the execution and delivery of the Purchase Agreement in the form of the draft dated December 17, 2021 by any Designated Officer in the name of and on behalf of the Company is hereby authorized and approved, with such changes as the Designated Officer or Designated Officers executing the same shall approve, the execution of such agreement by any such officer to be conclusive evidence of such approval; and it is.

**NOW, THEREFORE, BE IT RESOLVED**, that the Purchase Agreement in the form of the draft dated December 17, 2021, including all exhibits and schedules, is hereby adopted and approved, and the transactions contemplated therein are hereby approved, and the execution and delivery of the Purchase Agreement in the form of the draft dated December 17, 2021 by any Designated Officer in the name of and on behalf of the Company is hereby authorized and approved, with such changes as the Designated Officer or Designated Officers executing the same shall approve, the execution of such agreement by any such officer to be conclusive evidence of such approval; and it is

**FURTHER RESOLVED**, that each Designated Officer is hereby authorized, directed and empowered, on behalf of and in the name of the Company (i) to execute, deliver and undertake any and all transactions contemplated by the Purchase Agreement, (ii) to take all such further actions including, without limitation, to pay all fees and expenses, in accordance with the terms of the Purchase Agreement and the restructuring transactions contemplated therein, which any such officer determines, in his or her discretion, to be necessary, proper or advisable to perform any obligations of the Company under or in connection with the Purchase Agreement and the transactions contemplated therein, and (iii) to amend, extend, supplement or otherwise modify the Purchase Agreement or any documents, certificates, instruments, agreements, or other writings required by, related to, or reasonably contemplated or implied by the Purchase Agreement.

## General

**NOW, THEREFORE, BE IT RESOLVED**, that the Designated Officers of the Company are hereby each severally authorized and empowered in the name of and on behalf of the Company to perform any and all acts as may be necessary or desirable to carry out the purposes of these resolutions and to complete the transactions contemplated in the agreements and instruments referred to in the foregoing resolutions, and to execute, file, and deliver all instruments and other documents as any such officer may deem necessary or desirable to carry out the purposes and intent of the agreements and instruments referred to in the foregoing resolutions; and the execution by any such officer of any such act in connection with the foregoing matters shall conclusively establish such officer's authority therefor from the Company and the approval, ratification, and adoption by the Company of the documents so executed and the actions so taken; and it is

**FURTHER RESOLVED**, that the Designated Officers are hereby each severally authorized and empowered in the name of and on behalf of the Company to perform any and all acts as may be necessary or desirable to undertake, execute, file, implement, and/or deliver the Chapter 11 Cases, the Purchase Agreement and all other instruments and documents contemplated by the foregoing resolutions and to take any and all further action which such Designated Officers may deem necessary or desirable to effectuate any action authorized by these resolutions, and otherwise to carry out the purposes and intent of the foregoing resolutions, and the execution by any such officer of any such documents or the performance by any such Designated Officer of any such act in connection with the foregoing matters shall conclusively establish his or her authority therefore from the Company and the approval and ratification by the Company of the documents so executed and the actions so taken; and it is

**FURTHER RESOLVED**, that the Designated Officers of the Company are hereby each severally authorized for and on behalf of the Company to take any and all action necessary, including the execution of any amendments, documents, instruments or waivers or to obtain any waivers or amendments of any agreements of the Company required by or under any of the Chapter 11 Cases, the Purchase Agreement or any of the transactions contemplated thereby, and any such action shall be binding on the Company without further authorization; and it is

**FURTHER RESOLVED**, that all actions and agreements of the directors and officers of the Company prior to the date hereof consistent with the purposes and intent of the foregoing resolutions be, and they hereby are, approved, ratified and adopted in all respects as the acts and agreements of the Company.

**IN WITNESS WHEREOF**, the undersigned, being all the members of the Company, have executed this unanimous consent and resolution on this 20th day of December, 2021.

ALLIANT TECHNOLOGIES, L.L.C., a New
Jersey limited liability company

By: _____

Name: Mark P. Cantaluppi

Its:    Operating Manager and CEO

TECHNOLOGY KEIRETSU, LLC, a New Jersey
limited liability company

By: _____

Name: Mark P. Cantaluppi

Its:    Operating Manager and CEO

[Signature Page to AlliantWare, L.L.C. Resolutions]

---

**Fill in this information to identify the case and this filing:**

Debtor Name _AlliantWare, L.L.C._

United States Bankruptcy Court for the: _____  District of _New Jersey_
                                                            (State)

Case number (if known): _____

---

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration _See Schedule 1 attached hereto._

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _12/21/2021_       ✗ _____
            MM / DD / YYYY            Signature of individual signing on behalf of debtor

                                      _Mark P. Cantaluppi_
                                      Printed name

                                      _Chief Executive Officer_
                                      Position or relationship to debtor

---

**SCHEDULE 1 TO OFFICIAL FORM 202**
**ALLIANTWARE L.L.C.**

The Chief Executive Officer of the above-captioned Debtor has examined the information

in the following documents and reasonably believes the information therein is true and correct:

- Corporate Ownership Statement
- List of Equity Security Holders
- Certification of No Financial Statements
- Federal Income Tax Return

| Fill in this information to identify the case: |
|---|
| **Debtor name:** Alliant Technologies, L.L.C. (d/b/a TenFour), et al. |
| **United States Bankruptcy Court for the:** District of New Jersey |
| **Case number (if known):** 21-_____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders, on a Consolidated Basis   12/15

A list of creditors holding the 20 Largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 Largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui-dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AT&T One AT&T Way Bedminister NJ 07921-0752 | Tanya Simonson; Kathy A Brennan ts8133@att.com; kb2683@att.com Tel: 888.789.5649 ext. 3622399 | Trade Debt | ☐ C ☐ U ☐ D | $1,870,312.01 | $0.00 | $1,870,312.01 |
| 2 | Ingram Micro Inc. 3351 Michelson Drive Suite 100 Irvine CA 92612 | Lynn Englund lynn.englund@ingrammicro.com | Trade Debt | ☐ C ☐ U ☐ D | $380,548.03 | Unknown | $380,548.03[1] |
| 3 | Mount Kemble Corporate Center LLC 55 Old Turnpike Road Suite 506 Nanuet NY 10954 | Tel: 732-763-7840 | Landlord | ☐ C ☐ U ☐ D | $111,468.29 | $0.00 | $111,468.29 |
| 4 | Raich Ende Malter & Co. LLP 100 Campus Drive Suite 106 Florham Park NJ 07932 | John Boykas, Partner jboykas@rem-co.com Tel: 973-507-0522 Fax: 646-849-8064 | Professional Services | ☐ C ☐ U ☐ D | $92,395.00 | $0.00 | $92,395.00 |
| 5 | ScienceLogic, Inc. 10700 Parkridge Blvd Suite 200 Reston VA 20191 | Sam Bogan sam.bogan@sciencelogic.com Tel: 215-850-3162 | Trade Debt | ☐ C ☐ U ☐ D | $77,343.47 | $0.00 | $77,343.47 |
| 6 | DDI Leasing Alliant 221 Somerville Road Bedminister NJ 07921 | Tel: 908-781-9300 | Trade Debt | ☐ C ☐ U ☐ D | $73,938.95 | Unknown | $73,938.95[1] |

Debtor  **Alliant Technologies, L.L.C. (d/b/a TenFour), et al.**                           Case number *(if known)* **21-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 7 | TD SYNNEX Corporation 39 Pelham Ridge Drive Greenville SC 29615 | Connor Flom connorf@synnex.com Tel: 864-447-5752 | Trade Debt | ☐ C ☐ U ☐ D | $48,366.94 | $0.00 | $48,366.94 |
| 8 | Diversified Systems Resources 401 S. Dewey Bartlesville OK 74003 | Kyle Miller klmiller@dsrglobal.com Tel: 918-336-6900 ext. 2238 | Trade Debt | ☐ C ☐ U ☐ D | $46,697.40 | $0.00 | $46,697.40 |
| 9 | McCarter & English 265 Franklin Street Boston MA 02110 | Benjamin M. Hron bhron@mccarter.com Tel: 617-449-6584 | Professional Services | ☐ C ☐ U ☐ D | $40,534.30 | $0.00 | $40,534.30 |
| 10 | Cologix Inc. 225 E 16Th Avenue Suite 900 Denver CO 80203 | Summer May summer.may@coiogix.com Tel: 720-940-0334 | Trade Debt | ☐ C ☐ U ☐ D | $33,739.96 | $0.00 | $33,739.96 |
| 11 | Insight Global, LLC 1260 Headquarters Plaza West Tower, 6th Floor Morristown NJ 07960 | Isabella Montalban isabella.montalban@insightglobal.com Tel: 973-267-5706 | Trade Debt | ☐ C ☐ U ☐ D | $30,826.25 | $0.00 | $30,826.25 |
| 12 | Grant Thornton LLP 757 Third Avenue 9th Floor New York NY 10017 | Tim McKay, Manager tim.mckay@us.gt.com Tel: 212-542-9508 | Professional Services | ☐ C ☐ U ☐ D | $30,250.00 | $0.00 | $30,250.00 |
| 13 | Arrow Capital Solutions, Inc 9201 East Dry Creek Road Centennial CO 80112 | M Samuelson msamuelson@arrow.com Tel: 303-824-7650 | Trade Debt | ☐ C ☐ U ☐ D | $22,622.43 | Unknown | $22,622.43[1] |
| 14 | Essintial Enterprise Solutions, LLC 431 Railroad Avenue Shiremanstown PA 17011 | Lisa Ryan lryan@essintial.com Tel: 717-610-3285 | Trade Debt | ☐ C ☐ U ☐ D | $14,019.50 | $0.00 | $14,019.50 |
| 15 | TRS Fund Contribution Federal Trade Commission 150 William St New York NY 10038 | TRS_POC@fcc.gov Tel: 212-264-1207 | Trade Debt | ☐ C ☐ U ☐ D | $13,399.15 | $0.00 | $13,399.15 |
| 16 | Smartsheet Inc. 10500 Northeast 8th Street Suite 1330 Bellevue WA 98004 | arsupport@smartsheet.com | Trade Debt | ☐ C ☐ U ☐ D | $11,400.00 | $0.00 | $11,400.00 |
| 17 | Imagicle Spa Via Fondacci, 272-55054 Massarosa LU Italy | Anthony Genna administration@imagicle.com Tel: 39-0584-943232 | Trade Debt | ☐ C ☐ U ☐ D | $9,637.50 | $0.00 | $9,637.50 |

Debtor    **Alliant Technologies, L.L.C. (d/b/a TenFour), et al.**                    Case number *(if known)* **21-_____**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent unliqui- dated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 18 | ZoomInfo Technologies LLC 805 Broadway St Suite 900 Vancouver WA 98660 | Harter Hudson harter.hudson@zoominfo.com Tel: 866-904-9666 option 2 | Trade Debt | ☐ C ☐ U ☐ D | $9,412.32 | $0.00 | $9,412.32 |
| 19 | Banc of America Leasing - Oracle 2600 West Big Beaver Road Troy MI 48084 | Kimberly Galerneau kimberly.a.galerneau@leaseadmincenter.com Tel: 248-530-5172 Fax: 312-453-3102 | Trade Debt | ☐ C ☐ U ☐ D | $8,278.12 | $0.00 | $8,278.12 |
| 20 | Pulse Q&A Inc. 795 Folsom Street Suite 1028 San Francisco CA 94103 | AR@pulse.qa Tel: 215-908-0199 | Trade Debt | ☐ C ☐ U ☐ D | $5,000.00 | $0.00 | $5,000.00 |

[1]Total Claim Amount includes secured liability amount

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FAEGRE DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
Michael P. Pompeo
Marita S. Erbeck
*Proposed Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re:<br><br>ALLIANTWARE, L.L.C.<br><br>               Debtor. | Chapter 11<br><br>Case No. 21-_____ (___) |

## CORPORATE OWNERSHIP STATEMENT PURSUANT TO FED. R. BANKR. P. 7007.1

Pursuant to Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, the above captioned debtor (the "Debtor") certifies that the following is a corporate entity, other than the Debtor or a governmental unit, that directly or indirectly owns 10% or more of the Debtor.

      Name:        Alliant Technologies, L.L.C (d/b/a TenFour)
      Address:    360 Mt. Kemble Avenue
                       Morristown, New Jersey 07960

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**FAEGRE DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
Michael P. Pompeo
Marita S. Erbeck
*Proposed Counsel to the Debtors and Debtors in Possession*

| | |
|---|---|
| In re: | Chapter 11 |
| ALLIANTWARE, L.L.C.<br><br>Debtor. | Case No. 21-_____ (___) |

## LIST OF EQUITY SECURITY HOLDERS

The following is the list of the above-captioned debtor's equity security holders, which is

prepared in accordance with Rule 1007(a)(3) of the Federal Rules of Bankruptcy Procedure.

| Name and Last Known Address or Place of Business of Holder | Percentage Interest |
|---|---|
| Alliant Technologies, L.L.C (d/b/a TenFour)<br>360 Mt. Kemble Avenue<br>Morristown, New Jersey 07960 | 99.99% |
| Technology Keiretsu, LLC<br>360 Mt. Kemble Avenue<br>Morristown, New Jersey 07960 | 00.01% |

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

**FAEGRE DRINKER BIDDLE & REATH LLP**
A Delaware Limited Liability Partnership
600 Campus Drive
Florham Park, New Jersey 07932-1047
(973) 549-7000 (Telephone)
(973) 360-9831 (Facsimile)
Michael P. Pompeo
Marita S. Erbeck
*Proposed Counsel to the Debtors and Debtors in
Possession*

| | |
|---|---|
| In re:<br><br>ALLIANTWARE, L.L.C.<br><br>        Debtors. | Chapter 11<br><br>Case No. 21-_____ (____) |

## <u>CERTIFICATION OF NO FINANCIAL STATEMENTS</u>

Pursuant to section 1116(1)(B) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, the Debtor hereby certifies that no balance sheet, statement of cash flows, or statement of operations has been prepared for the Debtor and is not prepared for the Debtor in the ordinary course of business.

EXTENSION GRANTED TO 09/15/2021

| Form **1065** | | U.S. Return of Partnership Income | | OMB No. 1545-0123 |
|---|---|---|---|---|

Department of the Treasury
Internal Revenue Service

For calendar year 2020, or tax year beginning _____ , ending _____

▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

**2020**

| **A** Principal business activity | | Name of partnership | **D** Employer identification number |
|---|---|---|---|

**A** Principal business activity
SALES

**B** Principal product or service
COMPUTER EQUIPM

**C** Business code number
454390

Type or Print

Name of partnership
ALLIANTWARE, LLC

Number, street, and room or suite no. If a P.O. box, see instructions.
360 MT KEMBLE AVE

City or town, state or province, country, and ZIP or foreign postal code
MORRISTOWN                    NJ 07960

**D** Employer identification number
22-3697589

**E** Date business started
01/01/2000

**F** Total assets
$11,561,781.

**G** Check applicable boxes: **(1)** ☐ Initial return **(2)** ☐ Final return **(3)** ☐ Name change **(4)** ☐ Address change **(5)** ☐ Amended return

**H** Check accounting method: **(1)** ☐ Cash **(2)** ☒ Accrual **(3)** ☐ Other (specify) ▶ _____

**I** Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 2

**J** Check if Schedules C and M-3 are attached .......................................................................................................... ▶ ☐

**K** Check if partnership: **(1)** ☐ Aggregated activities for section 465 at-risk purposes **(2)** ☐ Grouped activities for section 469 passive activity purposes

**Caution:** Include **only** trade or business income and expenses on lines 1a through 22 below. See instructions for more information.

| | | | | |
|---|---|---|---|---|
| **Income** | **1a** Gross receipts or sales | **1a** 1,140,386. | | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 1,140,386. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 1,080,740. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 59,646. |
| | **4** Ordinary income (loss) from other partnerships, estates, and trusts (attach statement) | | **4** | |
| | **5** Net farm profit (loss) (attach Schedule F (Form 1040)) | | **5** | |
| | **6** Net gain (loss) from Form 4797, Part II, line 17 (attach Form 4797) | | **6** | |
| | **7** Other income (loss) (attach statement)        SEE STATEMENT 1 | | **7** | 923. |
| | **8** **Total income (loss).** Combine lines 3 through 7 | | **8** | 60,569. |

| | | | | |
|---|---|---|---|---|
| **Deductions** (see instructions for limitations) | **9** Salaries and wages (other than to partners) (less employment credits) | | **9** | |
| | **10** Guaranteed payments to partners | | **10** | |
| | **11** Repairs and maintenance | | **11** | |
| | **12** Bad debts | | **12** | |
| | **13** Rent | | **13** | |
| | **14** Taxes and licenses | | **14** | |
| | **15** Interest (see instructions) | | **15** | |
| | **16a** Depreciation (if required, attach Form 4562) | **16a** 6,029. | | |
| | **b** Less depreciation reported on Form 1125-A and elsewhere on return | **16b** | **16c** | 6,029. |
| | **17** Depletion **(Do not deduct oil and gas depletion.)** | | **17** | |
| | **18** Retirement plans, etc. | | **18** | |
| | **19** Employee benefit programs | | **19** | |
| | **20** Other deductions (attach statement)        SEE STATEMENT 2 | | **20** | 831. |
| | **21** **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | **21** | 6,860. |
| | **22** **Ordinary business income (loss).** Subtract line 21 from line 8 | | **22** | 53,709. |

| | | | | |
|---|---|---|---|---|
| **Tax and Payments** | **23** Interest due under the look-back method-completed long-term contracts (attach Form 8697) | | **23** | |
| | **24** Interest due under the look-back method-income forecast method (attach Form 8866) | | **24** | |
| | **25** BBA AAR imputed underpayment (see instructions) | | **25** | |
| | **26** Other taxes (see instructions) | | **26** | |
| | **27** **Total balance due.** Add lines 23 through 26 | | **27** | |
| | **28** Payment (see instructions) | | **28** | |
| | **29** **Amount owed.** If line 28 is smaller than line 27, enter amount owed | | **29** | |
| | **30** **Overpayment.** If line 28 is larger than line 27, enter overpayment | | **30** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than partner or limited liability company member) is based on all information of which preparer has any knowledge.

May the IRS discuss this return with the preparer shown below? See instr. ☒ Yes ☐ No

▶ _____     ▶ _____
Signature of partner or limited liability company member        Date

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| JOHN BOYKAS | | | | P00845831 |

Firm's name ▶ RAICH ENDE MALTER & CO., LLP        Firm's EIN ▶ 11-2336434

Firm's address ▶ 100 CAMPUS DRIVE, SUITE 106
FLORHAM PARK, NJ 07932        Phone no. 973-267-4200

LHA  **For Paperwork Reduction Act Notice, see separate instructions.**        011001 01-06-21        Form **1065** (2020)

Form 1065 (2020)    ALLIANTWARE, LLC                                              22-3697589    Page **2**

| **Schedule B** | **Other Information** | | |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| **1** | What type of entity is filing this return?  Check the applicable box: | | |

**a** ☐ Domestic general partnership      **b** ☐ Domestic limited partnership

**c** ☒ Domestic limited liability company   **d** ☐ Domestic limited liability partnership

**e** ☐ Foreign partnership             **f** ☐ Other ▶

| | | | Yes | No |
|---|---|---|---|---|
| **2** | At the end of the tax year: | | | |
| **a** | Did any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, or tax-exempt organization, or any foreign government own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | X | |
| **b** | Did any individual or estate own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership? For rules of constructive ownership, see instructions. If "Yes," attach Schedule B-1, Information on Partners Owning 50% or More of the Partnership | | | X |
| **3** | At the end of the tax year, did the partnership: | | | |
| **a** | Own directly 20% or more, or own, directly or indirectly, 50% or more of the total voting power of all classes of stock entitled to vote of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (iv) below | | | X |

| **(i)** Name of Corporation | **(ii)** Employer Identification Number (if any) | **(iii)** Country of Incorporation | **(iv)** Percentage Owned in Voting Stock |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | | | | | Yes | No |
|---|---|---|---|---|---|---|
| **b** | Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If "Yes," complete (i) through (v) below | | | | | X |

| **(i)** Name of Entity | **(ii)** Employer Identification Number (if any) | **(iii)** Type of Entity | **(iv)** Country of Organization | **(v)** Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| | | Yes | No |
|---|---|---|---|
| **4** | Does the partnership satisfy **all four** of the following conditions? | | |
| **a** | The partnership's total receipts for the tax year were less than $250,000. | | |
| **b** | The partnership's total assets at the end of the tax year were less than $ 1 million. | | |
| **c** | Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return. | | |
| **d** | The partnership is not filing and is not required to file Schedule M-3 | | X |
| | If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; item F on page 1 of Form 1065; or item L on Schedule K-1. | | |
| **5** | Is this partnership a publicly traded partnership, as defined in section 469(k)(2)? | | X |
| **6** | During the tax year, did the partnership have any debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? | | X |
| **7** | Has this partnership filed, or is it required to file, Form 8918, Material Advisor Disclosure Statement, to provide information on any reportable transaction? | | X |
| **8** | At any time during calendar year 2020, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See instructions for exceptions and filing requirements for FinCEN Form 114, Report of Foreign Bank and Financial Accounts (FBAR). If "Yes," enter the name of the foreign country   ▶ | | X |
| **9** | At any time during the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520, Annual Return To Report Transactions With Foreign Trusts and Receipt of Certain Foreign Gifts. See instructions | | X |
| **10 a** | Is the partnership making, or had it previously made (and not revoked), a section 754 election? | | X |
| | See instructions for details regarding a section 754 election. | | |
| **b** | Did the partnership make for this tax year an optional basis adjustment under section 743(b) or 734(b)? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |

011011 01-06-21                                                              Form **1065** (2020)

2

14170825 133415 02100200.000              2020.04020 ALLIANTWARE, LLC              02100201

Form 1065 (2020)    ALLIANTWARE, LLC                                22-3697589    Page **3**

| | **Schedule B**   **Other Information** (continued) | Yes | No |
|---|---|---|---|
| c | Is the partnership required to adjust the basis of partnership assets under section 743(b) or 734(b) because of a substantial built-in loss (as defined under section 743(d)) or substantial basis reduction (as defined under section 734(d))? If "Yes," attach a statement showing the computation and allocation of the basis adjustment. See instructions | | X |
| 11 | Check this box if, during the current or prior tax year, the partnership distributed any property received in a like-kind exchange or contributed such property to another entity (other than disregarded entities wholly owned by the partnership throughout the tax year) ▶ ☐ | | |
| 12 | At any time during the tax year, did the partnership distribute to any partner a tenancy-in-common or other undivided interest in partnership property? | | X |
| 13 | If the partnership is required to file Form 8858, Information Return of U.S. Persons With Respect To Foreign Disregarded Entities (FDEs) and Foreign Branches (FBs), enter the number of Forms 8858 attached. See instructions ▶ | | |
| 14 | Does the partnership have any foreign partners? If "Yes," enter the number of Forms 8805, Foreign Partner's Information Statement of Section 1446 Withholding Tax, filed for this partnership ▶ | | X |
| 15 | Enter the number of Forms 8865, Return of U.S. Persons With Respect to Certain Foreign Partnerships, attached to this return ▶ | | |
| 16 a | Did you make any payments in 2020 that would require you to file Form(s) 1099? See instructions | | X |
| b | If "Yes," did you or will you file required Form(s) 1099? | | |
| 17 | Enter the number of Forms 5471, Information Return of U.S. Persons With Respect To Certain Foreign Corporations, attached to this return ▶ | | |
| 18 | Enter the number of partners that are foreign governments under section 892 ▶ | | |
| 19 | During the partnership's tax year, did the partnership make any payments that would require it to file Form 1042 and 1042-S under chapter 3 (sections 1441 through 1464) or chapter 4 (sections 1471 through 1474)? | | X |
| 20 | Was the partnership a specified domestic entity required to file Form 8938 for the tax year? See the Instructions for Form 8938 | | X |
| 21 | Is the partnership a section 721(c) partnership, as defined in Regulations section 1.721(c)-1(b)(14)? | | X |
| 22 | During the tax year, did the partnership pay or accrue any interest or royalty for which one or more partners are not allowed a deduction under section 267A? See instructions | | X |
| | If "Yes," enter the total amount of the disallowed deductions ▶ $ | | |
| 23 | Did the partnership have an election under section 163(j) for any real property trade or business or any farming business in effect during the tax year? See instructions | | X |
| 24 | Does the partnership satisfy one or more of the following? See instructions | X | |
| a | The partnership owns a pass-through entity with current, or prior year carryover, excess business interest expense. | | |
| b | The partnership's aggregate average annual gross receipts (determined under section 448(c)) for the 3 tax years preceding the current tax year are more than $26 million and the partnership has business interest. | | |
| c | The partnership is a tax shelter (see instructions) and the partnership has business interest expense. | | |
| | If "Yes" to any, complete and attach Form 8990. | | |
| 25 | Is the partnership electing out of the centralized partnership audit regime under section 6221(b)? See instructions | | X |
| | If "Yes," the partnership must complete Schedule B-2 (Form 1065). Enter the total from Schedule B-2, Part III, line 3 | | |
| | If "No," complete Designation of Partnership Representative below. | | |

**Designation of Partnership Representative** (see instructions)

Enter below the information for the partnership representative (PR) for the tax year covered by this return.

Name of PR ▶ ALLIANTWARE, LLC

| U.S. address of PR ▶ | 360 MT KEMBLE AVE MORRISTOWN, NJ 07960 | U.S. phone number of PR ▶ | 973-267-5236 |
|---|---|---|---|

If the PR is an entity, name of the designated individual for the PR ▶ MARK CANTALUPPI

| U.S. address of designated individual ▶ | 360 MT KEMBLE AVE MORRISTOWN, NJ 07960 | U.S. phone number of designated individual ▶ | 973 775 4178 |
|---|---|---|---|

| | | Yes | No |
|---|---|---|---|
| 26 | Is the partnership attaching Form 8996 to certify as a Qualified Opportunity Fund? | | X |
| | If "Yes," enter the amount from Form 8996, line 16 ▶ $ | | |
| 27 | Enter the number of foreign partners subject to section 864(c)(8) as a result of transferring all or a portion of an interest in the partnership or receiving a distribution from the partnership ▶ | | |
| 28 | At any time during the tax year, were there any transfers between the partnership and its partners subject to the disclosure requirements of Regulations section 1.707-8? | | X |
| 29 | Since December 22, 2017, did a foreign corporation directly or indirectly acquire substantially all of the properties constituting a trade or business of your partnership, and was the ownership percentage (by vote or value) for purposes of section 7874 greater than 50% (for example, the partners held more than 50% of the stock of the foreign corporation)? If "Yes," list the ownership percentage by vote and by value. See instructions. | | |
| | Percentage:                    By Vote                    By Value | | X |

011021 01-06-21                                                    Form **1065** (2020)

14170825 133415 02100200.000              2020.04020 ALLIANTWARE, LLC            02100201

Form 1065 (2020)    ALLIANTWARE, LLC    22-3697589    Page **4**

| | | | Total amount |
|---|---|---|---|
| **Schedule K** | **Partners' Distributive Share Items** | | |

<table>
<tr><td rowspan="11"><b>Income (Loss)</b></td><td><b>1</b></td><td>Ordinary business income (loss) (page 1, line 22)</td><td><b>1</b></td><td>53,709.</td></tr>
<tr><td><b>2</b></td><td>Net rental real estate income (loss) (attach Form 8825)</td><td><b>2</b></td><td></td></tr>
<tr><td><b>3a</b></td><td>Other gross rental income (loss) ... <b>3a</b></td><td></td><td></td></tr>
<tr><td><b>b</b></td><td>Expenses from other rental activities (attach statement) ... <b>3b</b></td><td></td><td></td></tr>
<tr><td><b>c</b></td><td>Other net rental income (loss). Subtract line 3b from line 3a</td><td><b>3c</b></td><td></td></tr>
<tr><td><b>4</b></td><td>Guaranteed payments: <b>a</b> Services <b>4a</b>    <b>b</b> Capital <b>4b</b></td><td></td><td></td></tr>
<tr><td><b>c</b></td><td>Total. Add lines 4a and 4b</td><td><b>4c</b></td><td></td></tr>
<tr><td><b>5</b></td><td>Interest income</td><td><b>5</b></td><td></td></tr>
<tr><td><b>6</b></td><td>Dividends and dividend equivalents: <b>a</b> Ordinary dividends</td><td><b>6a</b></td><td></td></tr>
<tr><td><b>b</b></td><td>Qualified dividends <b>6b</b>    <b>c</b> Dividend equivalents <b>6c</b></td><td></td><td></td></tr>
<tr><td><b>7</b></td><td>Royalties</td><td><b>7</b></td><td></td></tr>
</table>

| | | | |
|---|---|---|---|
| **8** | Net short-term capital gain (loss) (attach Schedule D (Form 1065)) | **8** | |
| **9a** | Net long-term capital gain (loss) (attach Schedule D (Form 1065)) | **9a** | |
| **b** | Collectibles (28%) gain (loss) ... **9b** | | |
| **c** | Unrecaptured section 1250 gain (attach statement) ... **9c** | | |
| **10** | Net section 1231 gain (loss) (attach Form 4797) | **10** | |
| **11** | Other income (loss) (see instructions) Type ▶ | **11** | |

<table>
<tr><td rowspan="5"><b>Deductions</b></td><td><b>12</b></td><td>Section 179 deduction (attach Form 4562)</td><td><b>12</b></td></tr>
<tr><td><b>13a</b></td><td>Contributions</td><td><b>13a</b></td></tr>
<tr><td><b>b</b></td><td>Investment interest expense</td><td><b>13b</b></td></tr>
<tr><td><b>c</b></td><td>Section 59(e)(2) expenditures: <b>(1)</b> Type ▶    <b>(2)</b> Amount ▶</td><td><b>13c(2)</b></td></tr>
<tr><td><b>d</b></td><td>Other deductions (see instructions) Type ▶</td><td><b>13d</b></td></tr>
</table>

<table>
<tr><td rowspan="3"><b>Self-Employment</b></td><td><b>14a</b></td><td>Net earnings (loss) from self-employment</td><td><b>14a</b></td></tr>
<tr><td><b>b</b></td><td>Gross farming or fishing income</td><td><b>14b</b></td></tr>
<tr><td><b>c</b></td><td>Gross nonfarm income</td><td><b>14c</b></td></tr>
</table>

<table>
<tr><td rowspan="6"><b>Credits</b></td><td><b>15a</b></td><td>Low-income housing credit (section 42(j)(5))</td><td><b>15a</b></td></tr>
<tr><td><b>b</b></td><td>Low-income housing credit (other)</td><td><b>15b</b></td></tr>
<tr><td><b>c</b></td><td>Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)</td><td><b>15c</b></td></tr>
<tr><td><b>d</b></td><td>Other rental real estate credits (see instructions) Type ▶</td><td><b>15d</b></td></tr>
<tr><td><b>e</b></td><td>Other rental credits (see instructions)    Type ▶</td><td><b>15e</b></td></tr>
<tr><td><b>f</b></td><td>Other credits (see instructions)    Type ▶</td><td><b>15f</b></td></tr>
</table>

<table>
<tr><td rowspan="18"><b>Foreign Transactions</b></td><td><b>16a</b></td><td>Name of country or U.S. possession ▶</td><td></td></tr>
<tr><td><b>b</b></td><td>Gross income from all sources</td><td><b>16b</b></td></tr>
<tr><td><b>c</b></td><td>Gross income sourced at partner level</td><td><b>16c</b></td></tr>
<tr><td></td><td>Foreign gross income sourced at partnership level</td><td></td></tr>
<tr><td><b>d</b></td><td>Reserved for future use    <b>e</b> Foreign branch category ▶</td><td><b>16e</b></td></tr>
<tr><td><b>f</b></td><td>Passive category ▶    <b>g</b> General category ▶    <b>h</b> Other ...</td><td><b>16h</b></td></tr>
<tr><td></td><td>Deductions allocated and apportioned at partner level</td><td></td></tr>
<tr><td><b>i</b></td><td>Interest expense ▶    <b>j</b> Other</td><td><b>16j</b></td></tr>
<tr><td></td><td>Deductions allocated and apportioned at partnership level to foreign source income</td><td></td></tr>
<tr><td><b>k</b></td><td>Reserved for future use    <b>l</b> Foreign branch category ▶</td><td><b>16l</b></td></tr>
<tr><td><b>m</b></td><td>Passive category ▶    <b>n</b> General category ▶    <b>o</b> Other ▶</td><td><b>16o</b></td></tr>
<tr><td><b>p</b></td><td>Total foreign taxes (check one):   Paid ☐    Accrued ☐</td><td><b>16p</b></td></tr>
<tr><td><b>q</b></td><td>Reduction in taxes available for credit (attach statement)</td><td><b>16q</b></td></tr>
<tr><td><b>r</b></td><td>Other foreign tax information (attach statement)</td><td></td></tr>
</table>

<table>
<tr><td rowspan="6"><b>Alternative Minimum Tax (AMT) Items</b></td><td><b>17a</b></td><td>Post-1986 depreciation adjustment</td><td><b>17a</b></td></tr>
<tr><td><b>b</b></td><td>Adjusted gain or loss</td><td><b>17b</b></td></tr>
<tr><td><b>c</b></td><td>Depletion (other than oil and gas)</td><td><b>17c</b></td></tr>
<tr><td><b>d</b></td><td>Oil, gas, and geothermal properties - gross income</td><td><b>17d</b></td></tr>
<tr><td><b>e</b></td><td>Oil, gas, and geothermal properties - deductions</td><td><b>17e</b></td></tr>
<tr><td><b>f</b></td><td>Other AMT items (attach statement)</td><td><b>17f</b></td></tr>
</table>

<table>
<tr><td rowspan="9"><b>Other Information</b></td><td><b>18a</b></td><td>Tax-exempt interest income</td><td><b>18a</b></td><td></td></tr>
<tr><td><b>b</b></td><td>Other tax-exempt income</td><td><b>18b</b></td><td></td></tr>
<tr><td><b>c</b></td><td>Nondeductible expenses</td><td><b>18c</b></td><td></td></tr>
<tr><td><b>19a</b></td><td>Distributions of cash and marketable securities</td><td><b>19a</b></td><td></td></tr>
<tr><td><b>b</b></td><td>Distributions of other property</td><td><b>19b</b></td><td></td></tr>
<tr><td><b>20a</b></td><td>Investment income</td><td><b>20a</b></td><td></td></tr>
<tr><td><b>b</b></td><td>Investment expenses</td><td><b>20b</b></td><td></td></tr>
<tr><td><b>c</b></td><td>Other items and amounts (attach statement)</td><td>STMT 3</td><td></td></tr>
</table>

011041 01-06-21

4

Form **1065** (2020)

Form 1065 (2020)    ALLIANTWARE, LLC    22-3697589    Page **5**

## Analysis of Net Income (Loss)

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Net income (loss). Combine Schedule K, lines 1 through 11. From the result, subtract the sum of Schedule K, lines 12 through 13d, and 16p | | | | **1** | 53,709. |

| 2 | Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt Organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|---|
| a | General partners | | | | | | |
| b | Limited partners | | | | 53,709. | | |

## Schedule L    Balance Sheets per Books

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | 58,475. | | 27,246. |
| 2a Trade notes and accounts receivable | 128,707. | | 100,146. | |
| b Less allowance for bad debts | 18,798. | 109,909. | 19,721. | 80,425. |
| 3 Inventories | | 1,098,842. | | 178,752. |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets (attach statement) | STATEMENT 4 | 0. | | 11,154. |
| 7a Loans to partners (or persons related to partners) | | 10,142,663. | | 11,062,704. |
| b Mortgage and real estate loans | | | | |
| 8 Other investments (attach statement) | | | | |
| 9a Buildings and other depreciable assets | 724,527. | | 729,771. | |
| b Less accumulated depreciation | 661,906. | 62,621. | 697,974. | 31,797. |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets (attach statement) | STATEMENT 5 | 169,703. | | 169,703. |
| 14 Total assets | | 11,642,213. | | 11,561,781. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | 181,975. | | 119,516. |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities (attach statement) | STATEMENT 6 | 270,453. | | 229,733. |
| 18 All nonrecourse loans | | | | |
| 19a Loans from partners (or persons related to partners) | | | | |
| b Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities (attach statement) | STATEMENT 7 | 4,512,389. | | 4,512,389. |
| 21 Partners' capital accounts | | 6,677,396. | | 6,700,143. |
| 22 Total liabilities and capital | | 11,642,213. | | 11,561,781. |

## Schedule M-1    Reconciliation of Income (Loss) per Books With Income (Loss) per Return

**Note:** The partnership may be required to file Schedule M-3. See instructions.

| 1 | Net income (loss) per books | | 6 | Income recorded on books this year not included on Schedule K, lines 1 through 11 (itemize): |
|---|---|---|---|---|
| 2 | Income included on Schedule K, lines 1, 2, 3c, 5, 6a, 7, 8, 9a, 10, and 11, not recorded on books this year (itemize): | | a | Tax-exempt interest $ |
| 3 | Guaranteed payments (other than health insurance) | | 7 | Deductions included on Schedule K, lines 1 through 13d, and 16p, not charged against book income this year (itemize): |
| 4 | Expenses recorded on books this year not included on Schedule K, lines 1 through 13d and 16p (itemize): | | a | Depreciation $ |
| a | Depreciation $ | | 8 | Add lines 6 and 7 |
| b | Travel and entertainment $ | | 9 | Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 |
| 5 | Add lines 1 through 4 | | | |

## Schedule M-2    Analysis of Partners' Capital Accounts

| 1 | Balance at beginning of year | 6,635,405. | 6 | Distributions: a Cash | |
|---|---|---|---|---|---|
| 2 | Capital contributed: a Cash | | | b Property | |
| | b Property | | 7 | Other decreases (itemize): | |
| 3 | Net income (loss) per books | 53,709. | | | |
| 4 | Other increases (itemize): | | 8 | Add lines 6 and 7 | |
| 5 | Add lines 1 through 4 | 6,689,114. | 9 | Balance at end of year. Subtract line 8 from line 5 | 6,689,114. |

011042 01-06-21

Form **1065** (2020)

14170825 133415 02100200.000        2020.04020 ALLIANTWARE, LLC        02100201

Form **1125-A**

(Rev. November 2018)

Department of the Treasury
Internal Revenue Service

## Cost of Goods Sold

▶ Attach to Form 1120, 1120-C, 1120-F, 1120S, or 1065.

▶ Go to www.irs.gov/Form1125A for the latest information.

OMB No. 1545-0123

| Name | Employer Identification number |
|---|---|
| ALLIANTWARE, LLC | 22-3697589 |

| | | | |
|---|---|---|---:|
| 1 | Inventory at beginning of year | 1 | 1,098,842. |
| 2 | Purchases | 2 | 145,033. |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs (attach schedule) | 4 | |
| 5 | Other costs (attach schedule)          SEE STATEMENT 9 | 5 | 15,617. |
| 6 | **Total.** Add lines 1 through 5 | 6 | 1,259,492. |
| 7 | Inventory at end of year | 7 | 178,752. |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | 8 | 1,080,740. |

**9 a** Check all methods used for valuing closing inventory:

   (i) ☐ Cost

   (ii) ☐ Lower of cost or market

   (iii) ☐ Other (Specify method used and attach explanation) ▶ _____

  **b** Check if there was a writedown of subnormal goods ........................................................ ▶ ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ................. ▶ ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | 9d | |

  **e** If property is produced or acquired for resale, do the rules of Section 263A apply to the entity? See instructions .......... ☐ Yes ☒ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ............. ☐ Yes ☒ No

   If "Yes," attach explanation.

For Paperwork Reduction Act Notice, see separate instructions.

Form **1125-A** (Rev. 11-2018)

024441
04-01-20    LHA

14170825 133415 02100200.000            2020.04020 ALLIANTWARE, LLC            02100201

| SCHEDULE B-1<br>(Form 1065)<br>(Rev. August 2019)<br>Department of the Treasury<br>Internal Revenue Service | **Information on Partners Owning 50% or More of the Partnership**<br>▶ Attach to Form 1065.<br>▶ Go to www.irs.gov/Form1065 for the latest information. | OMB No. 1545-0123 |

| Name of partnership | Employer identification number |
|---|---|
| ALLIANTWARE, LLC | 22-3697589 |

**Part I    Entities Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2a (Question 3a for 2009 through 2017))

Complete columns (i) through (v) below for any foreign or domestic corporation, partnership (including any entity treated as a partnership), trust, tax-exempt organization, or any foreign government that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| ALLIANT TECHNOLOGIES, LLC | 22-3697583 | LLC | UNITED STATES | 99.99 |
| TECHNOLOGY KIERETSU, LLC | 22-3708793 | LLC | UNITED STATES | 99.99 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Part II    Individuals or Estates Owning 50% or More of the Partnership** (Form 1065, Schedule B, Question 2b (Question 3b for 2009 through 2017))

Complete columns (i) through (iv) below for any individual or estate that owns, directly or indirectly, an interest of 50% or more in the profit, loss, or capital of the partnership (see instructions).

| (i) Name of Individual or Estate | (ii) Identifying Number (if any) | (iii) Country of Citizenship (see instructions) | (iv) Maximum Percentage Owned in Profit, Loss, or Capital |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

LHA  **For Paperwork Reduction Act Notice, see the Instructions for Form 1065.**    **Schedule B-1 (Form 1065)  (Rev. 8-2019)**

024551  04-01-20

14170825 133415 02100200.000        2020.04020 ALLIANTWARE, LLC                    02100201

**SCHEDULE M-3**
(Form 1065)

Department of the Treasury
Internal Revenue Service

# Net Income (Loss) Reconciliation
## for Certain Partnerships

▶ Attach to Form 1065.
▶ Go to www.irs.gov/Form1065 for instructions and the latest information.

OMB No. 1545-0123

## 2020

| Name of partnership | Employer identification number |
|---|---|
| ALLIANTWARE, LLC | 22-3697589 |

**This Schedule M-3 is being filed because (check all that apply):**

A  [X]  The amount of the partnership's total assets at the end of the tax year is equal to $10 million or more.

B  [X]  The amount of the partnership's adjusted total assets for the tax year is equal to $10 million or more. If box B is checked,
enter the amount of adjusted total assets for the tax year       11,561,781.

C  [ ]  The amount of total receipts for the tax year is equal to $35 million or more. If box C is checked, enter the total
receipts for the tax year _____ .

D  [X]  An entity that is a reportable entity partner with respect to the partnership owns or is deemed to own an interest of 50%
or more in the partnership's capital, profit, or loss on any day during the tax year of the partnership.

| Name of Reportable Entity Partner | Identifying Number | Maximum Percentage Owned or Deemed Owned |
|---|---|---|
| ALLIANT TECHNOLOGIES, LLC | 22-3697583 | 99.9900% |
| | | |

E  [X]  Voluntary filer.

## Part I    Financial Information and Net Income (Loss) Reconciliation

**1a** Did the partnership file SEC Form 10-K for its income statement period ending with or within this tax year?

    [ ]  **Yes.** Skip lines 1b and 1c and complete lines 2 through 11 with respect to that SEC Form 10-K.

    [X]  **No.** Go to line 1b. See instructions if multiple non-tax-basis income statements are prepared.

  **b** Did the partnership prepare a certified audited non-tax-basis income statement for that period?

    [ ]  **Yes.** Skip line 1c and complete lines 2 through 11 with respect to that income statement.

    [X]  **No.** Go to line 1c.

  **c** Did the partnership prepare a non-tax-basis income statement for that period?

    [X]  **Yes.** Complete lines 2 through 11 with respect to that income statement.

    [ ]  **No.** Skip lines 2 through 3b and enter the partnership's net income (loss) per its books and records on line 4a.

**2** Enter the income statement period:   Beginning  01/01/2020      Ending  12/31/2020

**3a** Has the partnership's income statement been restated for the income statement period on line 2?

    [ ]  **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

    [X]  **No.**

  **b** Has the partnership's income statement been restated for any of the 5 income statement periods immediately preceding the period on line 2?

    [ ]  **Yes.** (If "Yes," attach a statement and the amount of each item restated.)

    [X]  **No.**

| | | | |
|---|---|---|---:|
| **4a** | Worldwide consolidated net income (loss) from income statement source identified on Part I, line 1 | **4a** | 22,747. |
| **b** | Indicate accounting standard used for line 4a. See instructions. | | |
| |   **1** [X] GAAP   **2** [ ] IFRS   **3** [ ] Section 704(b) | | |
| |   **4** [ ] Tax-basis   **5** [ ] Other (specify) ▶ _____ | | |
| **5a** | Net income from noninclucible foreign entities (attach statement) | **5a** | ( ) |
| **b** | Net loss from noninclucible foreign entities (attach statement and enter as a positive amount) | **5b** | |
| **6a** | Net income from noninclucible U.S. entities (attach statement) | **6a** | ( ) |
| **b** | Net loss from noninclucible U.S. entities (attach statement and enter as a positive amount) | **6b** | |
| **7a** | Net income (loss) of other foreign disregarded entities (attach statement) | **7a** | |
| **b** | Net income (loss) of other U.S. disregarded entities (attach statement) | **7b** | |
| **8** | Adjustment to eliminations of transactions between includible entities and noninclucible entities (attach stmt.) | **8** | |
| **9** | Adjustment to reconcile income statement period to tax year (attach statement) | **9** | |
| **10** | Other adjustments to reconcile to amount on line 11 (attach statement) | **10** | |
| **11** | **Net income (loss) per income statement of the partnership.** Combine lines 4a through 10 | **11** | 22,747. |

**Note:** Part I, line 11, must equal Part II, line 26, column (a); or Form 1065, Schedule M-1, line 1. See instructions.

**12** Enter the total amount (not just the partnership's share) of the assets and liabilities of all entities included or removed on the following lines.

| | Total Assets | Total Liabilities |
|---|---|---|
| **a** Included on Part I, line 4 | 11,561,781. | 4,861,638. |
| **b** Removed on Part I, line 5 | | |
| **c** Removed on Part I, line 6 | | |
| **d** Included on Part I, line 7 | | |

For Paperwork Reduction Act Notice, see the instructions for your return.                                    Schedule M-3 (Form 1065) 2020

010991 01-13-21    LHA

14170825 133415 02100200.000          2020.04020 ALLIANTWARE, LLC                    02100201

Schedule M-3 (Form 1065) 2020

Page **2**

| Name of partnership | Employer identification number |
|---|---|
| ALLIANTWARE, LLC | 22-3697589 |

**Part II**    **Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return**

| | **Income (Loss) Items** | **(a)** Income (Loss) per Income Statement | **(b)** Temporary Difference | **(c)** Permanent Difference | **(d)** Income (Loss) per Tax Return |
|---|---|---|---|---|---|
| | Attach statements for lines 1 through 10. | | | | |
| 1 | Income (loss) from equity method foreign corporations | | | | |
| 2 | Gross foreign dividends not previously taxed | | | | |
| 3 | Subpart F, QEF, and similar income inclusions | | | | |
| 4 | Gross foreign distributions previously taxed | | | | |
| 5 | Income (loss) from equity method U.S. corporations | | | | |
| 6 | U.S. dividends | | | | |
| 7 | Income (loss) from U.S. partnerships | | | | |
| 8 | Income (loss) from foreign partnerships | | | | |
| 9 | Income (loss) from other pass-through entities | | | | |
| 10 | Items relating to reportable transactions | | | | |
| 11 | Interest income (see instructions) | | | | |
| 12 | Total accrual to cash adjustment | | | | |
| 13 | Hedging transactions | | | | |
| 14 | Mark-to-market income (loss) | | | | |
| 15 | Cost of goods sold (see instructions) | ( 1,080,740.) | | | ( 1,080,740.) |
| 16 | Sale versus lease (for sellers and/or lessors) | | | | |
| 17 | Section 481(a) adjustments | | | | |
| 18 | Unearned/deferred revenue | | | | |
| 19 | Income recognition from long-term contracts | | | | |
| 20 | Original issue discount and other imputed interest | | | | |
| 21a | Income statement gain/loss on sale, exchange, abandonment, worthlessness, or other disposition of assets other than inventory and pass-through entities | | | | |
| b | Gross capital gains from Schedule D, excluding amounts from pass-through entities | | | | |
| c | Gross capital losses from Schedule D, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| d | Net gain/loss reported on Form 4797, line 17, excluding amounts from pass-through entities, abandonment losses, and worthless stock losses | | | | |
| e | Abandonment losses | | | | |
| f | Worthless stock losses (attach statement) | | | | |
| g | Other gain/loss on disposition of assets other than inventory | | | | |
| 22 | Other income (loss) items with differences (attach statement) STMT 10 | | 923. | | 923. |
| 23 | **Total income (loss) items.** Combine lines 1 through 22 | −1,080,740. | 923. | | −1,079,817. |
| 24 | **Total expense/deduction items.** (From Part III, line 31) (see instructions) | −36,068. | 30,039. | | −6,029. |
| 25 | Other items with no differences | 1,139,555. | | | 1,139,555. |
| 26 | **Reconciliation totals.** Combine lines 23 through 25 | 22,747. | 30,962. | | 53,709. |

**Note:** Line 26, column (a), must equal Part I, line 11, and column (d) must equal Form 1065, Analysis of Net Income (Loss), line 1.

Schedule M-3 (Form 1065) 2020

010992
01-13-21

14170825 133415 02100200.000      2020.04020 ALLIANTWARE, LLC      02100201

Schedule M-3 (Form 1065) 2020

Page **3**

| Name of partnership | Employer identification number |
|---|---|
| ALLIANTWARE, LLC | 22-3697589 |

**Part III**  Reconciliation of Net Income (Loss) per Income Statement of Partnership With Income (Loss) per Return - Expense/Deduction Items

| | Expense/Deduction Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|---|
| 1 | State and local current income tax expense | | | | |
| 2 | State and local deferred income tax expense | | | | |
| 3 | Foreign current income tax expense (other than foreign withholding taxes) | | | | |
| 4 | Foreign deferred income tax expense | | | | |
| 5 | Equity-based compensation | | | | |
| 6 | Meals and entertainment | | | | |
| 7 | Fines and penalties | | | | |
| 8 | Judgments, damages, awards, and similar costs | | | | |
| 9 | Guaranteed payments | | | | |
| 10 | Pension and profit-sharing | | | | |
| 11 | Other post-retirement benefits | | | | |
| 12 | Deferred compensation | | | | |
| 13 | Charitable contribution of cash and tangible property | | | | |
| 14 | Charitable contribution of intangible property | | | | |
| 15 | Organizational expenses as per Regulations section 1.709-2(a) | | | | |
| 16 | Syndication expenses as per Regulations section 1.709-2(b) | | | | |
| 17 | Current year acquisition/reorganization investment banking fees | | | | |
| 18 | Current year acquisition/reorganization legal and accounting fees | | | | |
| 19 | Amortization/impairment of goodwill | | | | |
| 20 | Amortization of acquisition, reorganization, and start-up costs | | | | |
| 21 | Other amortization or impairment write-offs | | | | |
| 22 | Reserved for future use | | | | |
| 23a | Depletion - oil & gas | | | | |
| b | Depletion - other than oil & gas | | | | |
| 24 | Intangible drilling and development costs (IDC) | | | | |
| 25 | Depreciation | 36,068. | -30,039. | | 6,029. |
| 26 | Bad debt expense | | | | |
| 27 | Interest expense (see instructions) | | | | |
| 28 | Purchase versus lease (for purchasers and/or lessees) | | | | |
| 29 | Research and development costs | | | | |
| 30 | Other expense/deduction items with differences (attach statement) | | | | |
| 31 | **Total expense/deduction items.** Combine lines 1 through 30. Enter here and on Part II, line 24, reporting positive amounts as negative and negative amounts as positive | 36,068. | -30,039. | | 6,029. |

Schedule M-3 (Form 1065) 2020

| Form **4562** | **Depreciation and Amortization** (Including Information on Listed Property) OTHER 1 | OMB No. 1545-0172 **2020** |
|---|---|---|
| Department of the Treasury Internal Revenue Service (99) | ▶ **Attach to your tax return.** ▶ **Go to www.irs.gov/Form4562 for instructions and the latest information.** | Attachment Sequence No. **179** |

| Name(s) shown on return | Business or activity to which this form relates | Identifying number |
|---|---|---|
| ALLIANTWARE, LLC | 1140386 | 22-3697589 |

**Part I**  Election To Expense Certain Property Under Section 179  **Note:** If you have any listed property, complete Part V before you complete Part I.

| | | |
|---|---|---|
| 1 | Maximum amount (see instructions) | **1** |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** |
| 3 | Threshold cost of section 179 property before reduction in limitation | **3** |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** |

| 6 | (a) Description of property | (b) Cost (business use only) | (c) Elected cost | |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2019 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2021. Add lines 9 and 10, less line 12 ▶ | **13** | |

**Note:** Don't use Part II or Part III below for listed property. Instead, use Part V.

**Part II**  Special Depreciation Allowance and Other Depreciation (Don't include listed property.)

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year | **14** | 5,243. |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III**  MACRS Depreciation (Don't include listed property. See instructions.)

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2020 | **17** | 786. |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ▶ ☐ | | |

**Section B - Assets Placed in Service During 2020 Tax Year Using the General Depreciation System**

| | (a) Classification of property | (b) Month and year placed in service | (c) Basis for depreciation (business/investment use only - see instructions) | (d) Recovery period | (e) Convention | (f) Method | (g) Depreciation deduction |
|---|---|---|---|---|---|---|---|
| 19a | 3-year property | | | | | | |
| b | 5-year property | | | | | | |
| c | 7-year property | | | | | | |
| d | 10-year property | | | | | | |
| e | 15-year property | | | | | | |
| f | 20-year property | | | | | | |
| g | 25-year property | | | 25 yrs. | | S/L | |
| h | Residential rental property | / | | 27.5 yrs. | MM | S/L | |
| | | / | | 27.5 yrs. | MM | S/L | |
| i | Nonresidential real property | / | | 39 yrs. | MM | S/L | |
| | | / | | | MM | S/L | |

**Section C - Assets Placed in Service During 2020 Tax Year Using the Alternative Depreciation System**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20a | Class life | | | | | S/L | |
| b | 12-year | | | 12 yrs. | | S/L | |
| c | 30-year | / | | 30 yrs. | MM | S/L | |
| d | 40-year | / | | 40 yrs. | MM | S/L | |

**Part IV**  Summary (See instructions.)

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations - see instr. | **22** | 6,029. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

016251 12-18-20    LHA  **For Paperwork Reduction Act Notice, see separate instructions.**  Form **4562** (2020)

Form 4562 (2020)          ALLIANTWARE, LLC                                 22-3697589        Page **2**

**Part V**  **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, and property used for entertainment, recreation, or amusement.)

**Note:** For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.

**Section A - Depreciation and Other Information (Caution:** See the instructions for limits for passenger automobiles. **)**

**24a** Do you have evidence to support the business/investment use claimed?   ☐ Yes  ☐ No   **24b** If "Yes," is the evidence written?   ☐ Yes  ☐ No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use ..... | | | | | | **25** | | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| | : : | % | | | | | | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| | : : | % | | | | S/L - | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 | | | | | **28** | | | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1 .......... | | | | | | | **29** | |

**Section B - Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other "more than 5% owner," or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | (a) Vehicle | | (b) Vehicle | | (c) Vehicle | | (d) Vehicle | | (e) Vehicle | | (f) Vehicle | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** Total business/investment miles driven during the year (**don't** include commuting miles) ......... | | | | | | | | | | | | |
| **31** Total commuting miles driven during the year ... | | | | | | | | | | | | |
| **32** Total other personal (noncommuting) miles driven ...................... | | | | | | | | | | | | |
| **33** Total miles driven during the year. Add lines 30 through 32 .................. | | | | | | | | | | | | |
| **34** Was the vehicle available for personal use during off-duty hours? | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **35** Was the vehicle used primarily by a more than 5% owner or related person? ......... | | | | | | | | | | | | |
| **36** Is another vehicle available for personal use? | | | | | | | | | | | | |

**Section C - Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons.

| | Yes | No |
|---|---|---|
| **37** Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees? | | |
| **38** Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners ......... | | |
| **39** Do you treat all use of vehicles by employees as personal use? | | |
| **40** Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received? ................ | | |
| **41** Do you meet the requirements concerning qualified automobile demonstration use? ......... | | |

**Note:** If your answer to 37, 38, 39, 40, or 41 is "Yes," don't complete Section B for the covered vehicles.

**Part VI**  **Amortization**

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2020 tax year: | | | | | |
| | : : | | | | |
| | : : | | | | |
| **43** Amortization of costs that began before your 2020 tax year | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report | | | | **44** | |

016252  12-18-20                                                                 Form **4562** (2020)

Form **8916-A**
(Rev. November 2019)
Department of the Treasury
Internal Revenue Service

## Supplemental Attachment to Schedule M-3

OMB No. 1545-0123

▶ **Attach to Schedule M-3 for Form 1065, 1120, 1120-L, 1120-PC, or 1120-S.**
▶ **Go to www.irs.gov/Form1120 for the latest information.**

| Name of common parent | Employer identification number |
|---|---|
| ALLIANTWARE, LLC | 22-3697589 |
| Name of subsidiary | Employer identification number |

### Part I  Cost of Goods Sold

| Cost of Goods Sold Items | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1  Amounts attributable to cost flow assumptions | | | | |
| 2  Amounts attributable to: | | | | |
| a  Stock option expense | | | | |
| b  Other equity-based compensation | | | | |
| c  Meals and entertainment | | | | |
| d  Parachute payments | | | | |
| e  Compensation with section 162(m) limitation | | | | |
| f  Pension and profit sharing | | | | |
| g  Other post-retirement benefits | | | | |
| h  Deferred compensation | | | | |
| i  Reserved | | | | |
| j  Amortization | | | | |
| k  Depletion | | | | |
| l  Depreciation | | | | |
| m  Corporate-owned life insurance premiums | | | | |
| n  Other section 263A costs | | | | |
| 3  Inventory shrinkage accruals | | | | |
| 4  Excess inventory and obsolescence reserves | | | | |
| 5  Lower of cost or market write-downs | | | | |
| 6  Other items with differences (attach statement) | | | | |
| 7  Other items with no differences | 1,080,740. | | | 1,080,740. |
| 8  **Total cost of goods sold.** Add lines 1 through 7 in columns a, b, c, and d. Enter totals on the applicable Schedule M-3. See instructions | 1,080,740. | | | 1,080,740. |

LHA    **For Paperwork Reduction Act Notice, see instructions.**

Form **8916-A** (Rev. 11-2019)

013315
04-01-20

14170825 133415 02100200.000        2020.04020 ALLIANTWARE, LLC                02100201

Form 8916-A (Rev. 11-2019)  ALLIANTWARE, LLC                                      22-3697589    Page **2**

## Part II    Interest Income

| Interest Income Item | (a) Income (Loss) per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Income (Loss) per Tax Return |
|---|---|---|---|---|
| 1  Tax-exempt interest income | | | | |
| 2  Interest income from hybrid securities | | | | |
| 3  Sale/lease interest income | | | | |
| 4a  Intercompany interest income - From outside tax affiliated group | | | | |
| 4b  Intercompany interest income - From tax affiliated group | | | | |
| 5  Other interest income | | | | |
| 6  Total interest income. Add lines 1 through 5 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | | | | |

## Part III    Interest Expense

| Interest Expense Item | (a) Expense per Income Statement | (b) Temporary Difference | (c) Permanent Difference | (d) Deduction per Tax Return |
|---|---|---|---|---|
| 1  Interest expense from hybrid securities | | | | |
| 2  Lease/purchase interest expense | | | | |
| 3a  Intercompany interest expense - Paid to outside tax affiliated group | | | | |
| 3b  Intercompany interest expense - Paid to tax affiliated group | | | | |
| 4  Other interest expense | | | | |
| 5  Total interest expense. Add lines 1 through 4 in columns a, b, c, and d. Enter total on the applicable Schedule M-3. See instructions. | | | | |

Form **8916-A**  (Rev. 11-2019)

013316
04-01-20

14170825 133415 02100200.000        2020.04020 ALLIANTWARE, LLC                    02100201

Form **8990**

(Rev. May 2020)

Department of the Treasury
Internal Revenue Service

## Limitation on Business Interest Expense
## Under Section 163(j)

▶ Attach to your tax return.

▶ Go to www.irs.gov/Form8990 for instructions and the latest information.

OMB No. 1545-0123

| Taxpayer name(s) shown on tax return | Identification number |
|---|---|
| ALLIANTWARE, LLC | 22-3697589 |

If Form 8990 relates to an information return for a foreign entity (for example, Form 5471), enter:

Name of foreign entity ▶

Employer identification number, if any ▶

Reference ID number ▶

| Part I | Computation of Allowable Business Interest Expense |
|---|---|

*Part I is completed by all taxpayers subject to section 163(j). Schedule A and Schedule B need to be completed before Part I when the taxpayer is a partner or shareholder of a pass-through entity subject to section 163(j).*

### Section I - Business Interest Expense

| | | | | | |
|---|---|---|---|---|---|
| 1 | Current year business interest expense (not including floor plan financing interest expense), before the section 163(j) limitation | 1 | | | |
| 2 | Disallowed business interest expense carryforwards from prior years. (Does not apply to a partnership) | 2 | | | |
| 3 | Partner's excess business interest expense treated as paid or accrued in current year (Schedule A, line 44, column (h)) | 3 | | | |
| 4 | Floor plan financing interest expense. See instructions | 4 | | | |
| 5 | **Total business interest expense.** Add lines 1 through 4 ▶ | | | 5 | |

### Section II - Adjusted Taxable Income

#### Taxable Income

| | | | | |
|---|---|---|---|---|
| 6 | **Taxable income.** See instructions | 6 | | 53,709. |

#### Additions (adjustments to be made if amounts are taken into account on line 6)

| | | | | | |
|---|---|---|---|---|---|
| 7 | Any item of loss or deduction that is not properly allocable to a trade or business of the taxpayer. See instructions | 7 | | | |
| 8 | Any business interest expense not from a pass-through entity. See instructions | 8 | | | |
| 9 | Amount of any net operating loss deduction under section 172 | 9 | | | |
| 10 | Amount of any qualified business income deduction allowed under section 199A | 10 | | | |
| 11 | Deduction allowable for depreciation, amortization, or depletion attributable to a trade or business. See instructions | 11 | 6,029. | | |
| 12 | Amount of any loss or deduction items from a pass-through entity. See instructions | 12 | | | |
| 13 | Other additions. See instructions | 13 | | | |
| 14 | Total current year partner's excess taxable income (Schedule A, line 44, column (f)) | 14 | | | |
| 15 | Total current year S corporation shareholder's excess taxable income (Schedule B, line 46, column (c)) | 15 | | | |
| 16 | **Total.** Add lines 7 through 15 ▶ | | | 16 | 6,029. |

#### Reductions (adjustments to be made if amounts are taken into account on line 6)

| | | | | | |
|---|---|---|---|---|---|
| 17 | Any item of income or gain that is not properly allocable to a trade or business of the taxpayer. See instructions | 17 | ( | ) | |
| 18 | Any business interest income not from a pass-through entity. See instructions | 18 | ( | ) | |
| 19 | Amount of any income or gain items from a pass-through entity. See instructions | 19 | ( | ) | |
| 20 | Other reductions. See instructions | 20 | ( | ) | |
| 21 | **Total.** Combine lines 17 through 20 ▶ | | 21 | ( | ) |
| 22 | **Adjusted taxable income.** Combine lines 6, 16, and 21. (If zero or less, enter -0-.) ▶ | | 22 | | 59,738. |

LHA    **For Paperwork Reduction Act Notice, see the instructions.**

Form **8990** (Rev. 5-2020)

023211 06-29-20

14170825 133415 02100200.000        2020.04020 ALLIANTWARE, LLC        02100201

Form 8990 (Rev. 5-2020)                                                                                                    Page **2**

## Section III - Business Interest Income

| | | | | |
|---|---|---|---|---|
| 23 | Current year business interest income. See instructions | 23 | | |
| 24 | Excess business interest income from pass-through entities (total of Schedule A, line 44, column (g), and Schedule B, line 46, column (d)) | 24 | | |
| 25 | **Total.** Add lines 23 and 24 ▶ | 25 | | |

## Section IV - Section 163(j) Limitation Calculations

### Limitation on Business Interest Expense

| | | | | |
|---|---|---|---|---|
| 26 | Multiply adjusted taxable income (line 22) by the applicable percentage. See instructions | 26 | 29,869. | |
| 27 | Business interest income (line 25) | 27 | | |
| 28 | Floor plan financing interest expense (line 4) | 28 | | |
| 29 | **Total.** Add lines 26, 27, and 28 ▶ | 29 | | 29,869. |

### Allowable Business Interest Expense

| | | | |
|---|---|---|---|
| 30 | **Total current year business interest expense deduction.** See instructions | 30 | |

### Carryforward

| | | | |
|---|---|---|---|
| 31 | **Disallowed business interest expense.** Subtract line 29 from line 5. (If zero or less, enter -0-.) | 31 | |

## Part II    Partnership Pass-Through Items

*Part II is only completed by a partnership that is subject to section 163(j). The partnership items below are allocated to the partners and are not carried forward by the partnership. See the instructions for more information.*

### Excess Business Interest Expense

| | | | |
|---|---|---|---|
| 32 | **Excess business interest expense.** Enter amount from line 31 | 32 | |

### Excess Taxable Income  (If you entered an amount on line 32, skip lines 33 through 37.)

| | | | |
|---|---|---|---|
| 33 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) | 33 | |
| 34 | Subtract line 33 from line 26. (If zero or less, enter -0-.) | 34 | 29,869. |
| 35 | Divide line 34 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) | 35 | 1.0000 |
| 36 | **Excess taxable income.** Multiply line 35 by line 22 | 36 | 59,738. |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 37 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 37 | |

## Part III    S Corporation Pass-Through Items

*Part III is only completed by S corporations that are subject to section 163(j). The S corporation items below are allocated to the shareholders. See the instructions for more information.*

### Excess Taxable Income

| | | | |
|---|---|---|---|
| 38 | Subtract the sum of lines 4 and 25 from line 5. (If zero or less, enter -0-.) | 38 | |
| 39 | Subtract line 38 from line 26. (If zero or less, enter -0-.) | 39 | |
| 40 | Divide line 39 by line 26. Enter the result as a decimal. (If line 26 is zero, enter -0-.) | 40 | |
| 41 | **Excess taxable income.** Multiply line 40 by line 22 | 41 | |

### Excess Business Interest Income

| | | | |
|---|---|---|---|
| 42 | **Excess business interest income.** Subtract the sum of lines 1, 2, and 3 from line 25. (If zero or less, enter -0-.) | 42 | |

Form **8990** (Rev. 5-2020)

14170825 133415 02100200.000          2020.04020 ALLIANTWARE, LLC                02100201

Section 1.263(a)-1(f) De Minimis Safe Harbor Election


ALLIANTWARE, LLC
360 Mt Kemble Ave
MORRISTOWN, NJ  07960


Employer Identification Number:  22-3697589


For the Year Ending December 31, 2020


ALLIANTWARE, LLC is making the de minimis safe harbor election under
Reg. Sec. 1.263(a)-1(f).

ALLIANTWARE, LLC                                                    22-3697589

===============================================================================

FORM 1065                        OTHER INCOME                      STATEMENT 1

DESCRIPTION                                                          AMOUNT
                                                                   _____

BAD DEBT RECOVERY                                                       923.
                                                                   _____

TOTAL TO FORM 1065, LINE 7                                             923.
                                                                   ==========


FORM 1065                      OTHER DEDUCTIONS                    STATEMENT 2

DESCRIPTION                                                          AMOUNT
                                                                   _____

BANK CHARGES                                                            332.
MISCELLANEOUS                                                           499.
                                                                   _____

TOTAL TO FORM 1065, LINE 20                                            831.
                                                                   ==========



SCHEDULE K                        OTHER ITEMS                     STATEMENT 3

DESCRIPTION                                                          AMOUNT
                                                                   _____

EXCESS TAXABLE INCOME                                               59,738.
SECTION 199A - ORDINARY INCOME (LOSS)                               53,709.
SECTION 199A UNADJUSTED BASIS OF ASSETS                            315,509.



SCHEDULE L                   OTHER CURRENT ASSETS                 STATEMENT 4

                                            BEGINNING OF        END OF TAX
DESCRIPTION                                  TAX YEAR              YEAR
                                           _____        _____

DUE FROM VENDORS                                    0.            11,154.
                                           _____        _____

TOTAL TO SCHEDULE L, LINE 6                         0.            11,154.
                                           ============        ============

ALLIANTWARE, LLC                                                                    22-3697589

==========================================================================================

SCHEDULE L                        OTHER ASSETS                        STATEMENT 5

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE FROM ALLIANT-CAY | 169,703. | 169,703. |
| TOTAL TO SCHEDULE L, LINE 13 | 169,703. | 169,703. |

==========================================================================================

SCHEDULE L                  OTHER CURRENT LIABILITIES                  STATEMENT 6

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| ACCRUED EXPENSES | 214,865. | 194,171. |
| CUSTOMER RETAINER | 32,554. | 32,554. |
| DEFERRED INCOME | 20,068. | 0. |
| SALES TAX PAYABLE | 2,966. | 3,008. |
| TOTAL TO SCHEDULE L, LINE 17 | 270,453. | 229,733. |

==========================================================================================

SCHEDULE L                      OTHER LIABILITIES                      STATEMENT 7

| DESCRIPTION | BEGINNING OF TAX YEAR | END OF TAX YEAR |
|---|---|---|
| DUE TO ALLIANT-CAY | 2,320,413. | 2,320,413. |
| DUE TO AMS | 1,676,254. | 1,676,254. |
| DUE TO ICS CABLING | 515,722. | 515,722. |
| TOTAL TO SCHEDULE L, LINE 20 | 4,512,389. | 4,512,389. |

ALLIANTWARE, LLC

22-3697589

====================================================================

| FORM 1065 | PARTNERS' CAPITAL ACCOUNT SUMMARY | STATEMENT 8 |
|-----------|-----------------------------------|-------------|

| PARTNER NUMBER | BEGINNING CAPITAL | CAPITAL CONTRIBUTED | SCHEDULE M-2 LNS 3, 4 & 7 | WITH-DRAWALS | ENDING CAPITAL |
|---------------|-------------------|---------------------|---------------------------|--------------|----------------|
| 1 | 6,634,743. | | 53,704. | | 6,688,447. |
| 2 | 662. | | 5. | | 667. |
| TOTAL | 6,635,405. | | 53,709. | | 6,689,114. |

====================================================================

| FORM 1125-A | OTHER COSTS | STATEMENT 9 |
|-------------|-------------|-------------|

| DESCRIPTION | AMOUNT |
|-------------|--------|
| FREIGHT/STORAGE | 411. |
| SUBCONTRACTORS | 15,206. |
| TOTAL TO LINE 5 | 15,617. |

====================================================================

| SCHEDULE M-3 | OTHER INCOME (LOSS) ITEMS WITH DIFFERENCES | STATEMENT 10 |
|--------------|---------------------------------------------|---------------|

| DESCRIPTION | INCOME (LOSS) PER INCOME STATEMENT | TEMPORARY DIFFERENCE | PERMANENT DIFFERENCE | INCOME (LOSS) PER TAX RETURN |
|-------------|------------------------------------|----------------------|----------------------|------------------------------|
| BAD DEBT RECOVERY | 0. | 923. | 0. | 923. |
| TOTAL TO M-3, PART II, LINE 22 | 0. | 923. | 0. | 923. |

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2020**
For calendar year 2020, or tax year

beginning _____ ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

| Final K-1 | Amended K-1 | OMB No. 1545-0123 |

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) 53,704. | | 15 Credits | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4a Guaranteed payments for services | | | |
| 4b Guaranteed payments for capital | | | |
| 4c Total guaranteed payments | | 17 Alternative min tax (AMT) items | |
| 5 Interest income | | | |
| 6a Ordinary dividends | | 18 Tax-exempt income and nondeductible expenses | |
| 6b Qualified dividends | | | |
| 6c Dividend equivalents | | 19 Distributions | |
| 7 Royalties | | | |
| 8 Net short-term capital gain (loss) | | 20 Other information | |
| 9a Net long-term capital gain (loss) | | Z * STMT | |
| | | AE * 59,732. | |
| 9b Collectibles (28%) gain (loss) | | | |
| 9c Unrecaptured section 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | | |
| 11 Other income (loss) | | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | | | |
| 14 Self-employment earnings (loss) | | | |

**Part I    Information About the Partnership**

**A** Partnership's employer identification number
22-3697589

**B** Partnership's name, address, city, state, and ZIP code

ALLIANTWARE, LLC
360 MT KEMBLE AVE
MORRISTOWN, NJ  07960

**C** IRS Center where partnership filed return ▶
E-FILE

**D**  ☐ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
22-3697583

**F** Name, address, city, state, and ZIP code for partner entered in E. See instructions.

ALLIANT TECHNOLOGIES, LLC
360 MT. KEMBLE AVE
MORRISTOWN, NJ  07960

**G** ☒ General partner or LLC member-manager    ☐ Limited partner or other LLC member

**H1** ☒ Domestic partner    ☐ Foreign partner

**H2** ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____ Name _____

**I1** What type of entity is this partner? PARTNERSHIP

**I2** If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ........ ☐

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | 99.9900000 % | 99.9900000 % |
| Loss | 99.9900000 % | 99.9900000 % |
| Capital | 99.9900000 % | 99.9900000 % |

Check if decrease is due to sale or exchange of partnership interest ........ ☐

**K** Partner's share of liabilities:

| | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $ 4,512,389. | $ 4,512,389. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

**L**    **Partner's Capital Account Analysis**
SEE STATEMENT

| | |
|---|---|
| Beginning capital account | $ 6,634,743. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $ 53,704. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( ) |
| Ending capital account | $ 6,688,447. |

**M** Did the partner contribute property with a built-in gain or loss?
☐ Yes    ☒ No  If "Yes," attach statement. See instructions.

**N**  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning ......... $
Ending ......... $

| 21 ☐ More than one activity for at-risk purposes* |
| 22 ☐ More than one activity for passive activity purposes* |
| *See attached statement for additional information. |

For IRS Use Only

011261 01-05-21   LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**    www.irs.gov/Form1065    **Schedule K-1 (Form 1065) 2020**

1

ALLIANTWARE, LLC                                                      22-3697589

SCHEDULE K-1          SECTION 199A INFORMATION, BOX 20, CODE Z

DESCRIPTION                                                           AMOUNT

TRADE OR BUSINESS - 1140386

    ORDINARY INCOME (LOSS)                                            53,704.
    UNADJUSTED BASIS OF ASSETS                                       315,477.

ALLIANTWARE, LLC                                                              22-3697589

SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

SCHEDULE K-1          EXCESS TAXABLE INCOME, BOX 20, CODE AE

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCESS TAXABLE INCOME | SEE IRS SCH. K-1 INSTRUCTIONS | 59,732. |
| TOTAL TO SCHEDULE K-1, LINE 20 AE | | 59,732. |

SCHEDULE K-1          CURRENT YEAR NET INCOME (LOSS) AND
                      OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 53,704. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 53,704. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 53,704. |

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

 BEGINNING CAPITAL ACCOUNT METHOD USED - TAX BASIS

651119

**Schedule K-1**
**(Form 1065)**
Department of the Treasury
Internal Revenue Service

**2020**

For calendar year 2020, or tax year

beginning _____   ending _____

**Partner's Share of Income, Deductions, Credits, etc.**

▶ See separate instructions.

| Final K-1 | Amended K-1 | OMB No. 1545-0123 |

| Part III | Partner's Share of Current Year Income, Deductions, Credits, and Other Items |

| **Part I**   Information About the Partnership |

A  Partnership's employer identification number
22-3697589

B  Partnership's name, address, city, state, and ZIP code

ALLIANTWARE, LLC
360 MT KEMBLE AVE
MORRISTOWN, NJ   07960

C  IRS Center where partnership filed return ▶
E-FILE

D ☐ Check if this is a publicly traded partnership (PTP)

| **Part II**   Information About the Partner |

E  Partner's SSN or TIN (Do not use TIN of a disregarded entity. See instructions.)
22-3708793

F  Name, address, city, state, and ZIP code for partner entered in E. See instructions.

TECHNOLOGY KIERETSU, LLC
360 MT. KEMBLE AVE
MORRISTOWN, NJ   07960

G ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

H1 ☒ Domestic partner   ☐ Foreign partner

H2 ☐ If the partner is a disregarded entity (DE), enter the partner's:

TIN _____   Name _____

I1  What type of entity is this partner?   PARTNERSHIP

I2  If this partner is a retirement plan (IRA/SEP/Keogh/etc.), check here ☐

J  Partner's share of profit, loss, and capital:

|  | Beginning | Ending |
|---|---|---|
| Profit | 0.0100000 % | 0.0100000 % |
| Loss | 0.0100000 % | 0.0100000 % |
| Capital | 0.0100000 % | 0.0100000 % |

Check if decrease is due to sale or exchange of partnership interest ☐

K  Partner's share of liabilities:

|  | Beginning | Ending |
|---|---|---|
| Nonrecourse | $ | $ |
| Qualified nonrecourse financing | $ | $ |
| Recourse | $     0. | $     0. |

☐ Check this box if Item K includes liability amounts from lower tier partnerships.

| **L**           Partner's Capital Account Analysis |
SEE STATEMENT

| Beginning capital account | $        662. |
| Capital contributed during the year | $ |
| Current year net income (loss) | $          5. |
| Other increase (decrease) (attach explanation) | $ |
| Withdrawals & distributions | $( ) |
| Ending capital account | $        667. |

M  Did the partner contribute property with a built-in gain or loss?
☐ Yes   ☒ No  If "Yes," attach statement. See instructions.

N  **Partner's Share of Net Unrecognized Section 704(c) Gain or (Loss)**
Beginning _____ $
Ending _____ $

| 1 Ordinary business income (loss) | 5. | 15 Credits |
| 2 Net rental real estate income (loss) | | |
| 3 Other net rental income (loss) | | 16 Foreign transactions |
| 4a Guaranteed payments for services | | |
| 4b Guaranteed payments for capital | | |
| 4c Total guaranteed payments | | 17 Alternative min tax (AMT) items |
| 5 Interest income | | |
| 6a Ordinary dividends | | |
| 6b Qualified dividends | | 18 Tax-exempt income and nondeductible expenses |
| 6c Dividend equivalents | | |
| 7 Royalties | | 19 Distributions |
| 8 Net short-term capital gain (loss) | | |
| 9a Net long-term capital gain (loss) | | 20 Other information |
| 9b Collectibles (28%) gain (loss) | | |
| 9c Unrecaptured section 1250 gain | | |
| 10 Net section 1231 gain (loss) | | |
| 11 Other income (loss) | | |
| 12 Section 179 deduction | | |
| 13 Other deductions | | |
| 14 Self-employment earnings (loss) | | |

20 Other information
Z   *          STMT
AE  *            6.

21 ☐ More than one activity for at-risk purposes*
22 ☐ More than one activity for passive activity purposes*
*See attached statement for additional information.

For IRS Use Only

011261 01-05-21   LHA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**   www.irs.gov/Form1065   **Schedule K-1 (Form 1065) 2020**

2

ALLIANTWARE, LLC                                                        22-3697589

===============================================================================

SCHEDULE K-1        SECTION 199A INFORMATION, BOX 20, CODE Z

===============================================================================

DESCRIPTION                                                            AMOUNT
————————————                                                          ——————————

TRADE OR BUSINESS - 1140386

    ORDINARY INCOME (LOSS)                                                 5.
    UNADJUSTED BASIS OF ASSETS                                            32.

ALLIANTWARE, LLC                                                              22-3697589

SCH K-1

THE SECTION 199A AMOUNTS TO BE USED IN THE CALCULATION OF QUALIFIED BUSINESS
INCOME DEDUCTION ON YOUR 1040/1041 RETURN ARE REPORTED ON LINE 20, UNDER CODE
Z. PLEASE CONSULT YOUR TAX ADVISOR REGARDING THE CALCULATION OF THE QUALIFIED
BUSINESS INCOME DEDUCTION, INCLUDING THE POSSIBLE AGGREGATIONS AND LIMITATIONS
THAT MAY APPLY AND THE FILING OF THE 1.199A-4(C)(2)(I) ANNUAL DISCLOSURE
STATEMENT.

SCHEDULE K-1          EXCESS TAXABLE INCOME, BOX 20, CODE AE

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| EXCESS TAXABLE INCOME | SEE IRS SCH. K-1 INSTRUCTIONS | 6. |
| TOTAL TO SCHEDULE K-1, LINE 20 AE | | 6. |

SCHEDULE K-1          CURRENT YEAR NET INCOME (LOSS) AND
                      OTHER INCREASES(DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| ORDINARY INCOME (LOSS) | 5. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 5. |
| NET INCOME (LOSS) PER SCHEDULE K-1 | | 5. |

SCHEDULE K-1          ITEM L. PARTNER'S CAPITAL ACCOUNT ANALYSIS

 BEGINNING CAPITAL ACCOUNT METHOD USED - TAX BASIS